**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA ANN McNEIECE, | NO. ED CV 07-0951 RGK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARY LATTIMORE, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 22, 2009.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE